UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00622-DFM | Date: | July 2, 2026 |
|---|---|---|---|
| Title | Yazdan Faramehr v. Pamela Bondi et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On March 19, 2026, Plaintiff filed a lawsuit against Defendants Attorney General Pamela Bondi, Markwayne Mullin in his official capacity as Secretary of the Department of Homeland Security, Joseph B. Edlow in his official capacity as Director of U.S. Citizenship and Immigration Services, and the Director of USCIS National Benefits Center. See Dkt. 1. On May 1, Plaintiff filed proofs of service, which show that service was effectuated on April 20, 2026. See Dkt. 12.

As it stands, Defendants have not filed an Answer or otherwise responded to the Petition. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendants.