JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

YAZDAN FARAMEHR,

Petitioner,

v.

PAMELA BONDI et al.,

Respondents.

Case No. 8:26-cv-00622-DFM

JUDGMENT

This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Date: August 10, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge